# United States District Court FILED

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

MAY 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

## CR19     0240

*WHO*

POURAN MEHDIZADEH,

DEFENDANT(S).

---

# INDICTMENT

### VIOLATIONS:

18 U.S.C. § 1001(a)(3) - False Document Made to a Department or Agency of the United States

---

A true bill.

_Linda Fox_

Foreman

Filed in open court this _23rd_ day of

_May, 2019_

Clerk

SALLIE KIM
United States Magistrate Judge

Bail, $ _____

**ISSUE SUMMONS**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**— OFFENSE CHARGED —**

18 U.S.C. § 1001(a)(3) – False Statements or Entries

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
- Maximum 5 years imprisonment
- Maximum fine of $250,000
- 3 years of supervised release
- $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

MAY 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**— DEFENDANT - U.S**

▶ POURAN MEHDIZADEH

DISTRICT COURT NUMBER

**CR19    0240    WHO**

**DEFENDANT**

**— PROCEEDING —**

Name of Complainant Agency, or Person (& Title, if any)

HSI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Shiao Lee

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?  ☐ No      give date filed

DATE OF ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**— ADDITIONAL INFORMATION OR COMMENTS —**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☒ Arraignment ☒ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  June 7, 2019    Before Judge:  Hon. Laurel Beeler

Comments:

CR 19 - 240 WHO

1 DAVID L. ANDERSON (CABN 149604)
United States Attorney

2

3

FILED

MAY 23 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFO....

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

*WHO*

10                   SAN FRANC **CR19 0240**

11 UNITED STATES OF AMERICA,              )  CASE NO.
                                          )
12        Plaintiff,                       )  VIOLATIONS:
                                          )  18 U.S.C. § 1001(a)(3) – False Document Made to a
13   v.                                    )  Department or Agency of the United States
                                          )
14 POURAN MEHDIZADEH,                      )  SAN FRANCISCO VENUE
                                          )
15        Defendants.                      )
                                          )
16                                         )
                                          )
17 ——————————————————————————             )

18                            I N D I C T M E N T

19 The Grand Jury charges:

20 COUNT ONE: (18 U.S.C. § 1001(a)(3) – False Document Made to a Department or Agency of the

21 United States)

22        On or about April 18, 2017, in the Northern District of California, the defendant,

23                          POURAN MEHDIZADEH,

24 did willfully and knowingly make and use a false, fictitious, and fraudulent writing and document,

25 knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter

26 within the jurisdiction of the executive branch of the Government of the United States, by preparing a

27 Form N-400 Application for Naturalization for applicant, HM, filed with the Department of Homeland

28 Security, United States Citizenship and Immigration Services, and underreporting the total days HM

INDICTMENT

1  spent outside the United States during the last five years preceding the Application, well knowing and

2  believing that HM's actual total days spent outside the United States in the last five years was more than

3  what was reported and would render HM inapplicable for naturalization.

4          All in violation of Title 18, United States Code, Section 1001(a)(3).

5

6  DATED: *May 23, 2019*                    A TRUE BILL

7

8                                            FOREPERSON

9

10 DAVID L. ANDERSON
   United States Attorney
11

12

   SHIAO C. LEE
13 Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                               2